Minor MOODY, Appellant,

v.

Bill HEDRICK, Appellee.

No. 02–1245.

United States Court of Appeals, Eighth Circuit.

Submitted March 28, 2002.

Decided April 4, 2002.

Before BOWMAN, LOKEN, and MURPHY, Circuit Judges.

PER CURIAM.

Minor Moody appeals from the district court's[1] order dismissing without prejudice his habeas petition, which he filed during the pendency of an 18 U.S.C. § 4246 commitment proceeding (resulting in a commitment order that is the subject of a separate appeal before us). Because we agree with the district court that Moody must direct his arguments concerning an outstanding criminal charge to the court in which the charge is pending, we affirm. *See* 8th Cir. R. 47A(a).

A true copy.

---

1. The HONORABLE JAMES M. ROSENBAUM, Chief Judge, United States District Court for the District of Minnesota.

1. The HONORABLE GARY A. FENNER, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the HONORABLE JAMES C. ENGLAND, United States Magistrate Judge for the Western District of Missouri.